**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SURETEC INS. CO.,

    Plaintiff,

v.

BRENTWOOD HOTEL VENTURES, et al.,

    Defendants.
_____/

No. C 09-02893 WDB

**ORDER OF REASSIGNMENT**

The above-captioned action was assigned randomly upon filing to the Undersigned. Due to the Undersigned's retirement on October 2, 2009, and in order to avoid imposing unnecessary delays on the parties, IT IS HEREBY ORDERED that the Clerk of the Court randomly reassign this action to another judge of this Court.

The deadlines previously set by the Court are hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 1, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge