1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  SURETEC INSURANCE CO.,        )
                                  )
12          Plaintiff(s),         )        No. C09-2893 BZ
                                  )
13      v.                        )
                                  )        ORDER SETTING CASE
14  BRENTWOOD HOTEL VENTURES      )        MANAGEMENT CONFERENCE
    INC.,                         )
15                                )
            Defendant(s).         )
16  _____)

17      This matter having been reassigned to Judge Zimmerman,

18  **IT IS HEREBY ORDERED** that the case management conference

19  scheduled before Judge Brazil for **October 8, 2009** is **VACATED**.

20  The Initial Case Management Conference is scheduled before

21  Judge Zimmerman on **October 19, 2009 at 4:00 p.m.,** in

22  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

23  Avenue, San Francisco, California 94102.  All other dates in

24  Judge Brazil's Order Setting Initial Case Management

25  Conference and ADR Deadlines remain in place.

26      **IT IS FURTHER ORDERED** that the clerk's Notice Setting

27  ///

28  ///

1

1   Status Conference is rescinded and the status conference

2   scheduled for July 27, 2009 is **VACATED**.

3   Dated: July 7, 2009

4   _____
    Bernard Zimmerman
5   United States Magistrate Judge

6

7   G:\BZALL\-BZCASES\SURETEC V. BRENTWOOD\ORDER SETTING INITIAL CMC.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28