1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10

11  SURETEC INSURANCE CO.,          )
                                    )
12          Plaintiff(s),            )    No. C09-2893 BZ
                                    )
13      v.                           )    **BRIEFING ORDER**
                                    )
14  BRENTWOOD HOTEL VENTURES         )
    INC.,                           )
15                                   )
            Defendant(s).             )
16  _____)

17      Having received plaintiff Suretec Insurance Co.'s
18  application for right to attach order and writ of attachment,
19  **IT IS HEREBY ORDERED** as follows:
20      1.   Defendants' opposition shall be filed by **August 6,**
21  **2009**;
22      2.   On or before that date plaintiff and defendants
23  shall consent to or decline magistrate judge jurisdiction.
24  The form to consent to or decline magistrate judge
25  jurisdiction may be found on the court's website at:
26  http://www.cand.uscourts.gov;
27      3.   Plaintiff's reply shall be filed by **August 27, 2009**;
28      4.   A hearing is scheduled for **September 23, 2009 at**

1

1 | **10:00 a.m.** in Courtroom G, on 15th Floor of the Federal
2 | Building, 450 Golden Gate Avenue, San Francisco, California
3 | 94102.
4 | Dated: July 27, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SURETEC V. BRENTWOOD\BRIEFING ORDER.wpd