Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Sonia N. Linnaus, Bar No. 252425
slinnaus@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRENTWOOD HOTEL VENTURES, INC. DBA BEST WESTERN BRENTWOOD INN & SUITES and DOLAT D. PATEL,<br><br>Defendants. | Case No. C09-2893 SI<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND APPLICATIONS FOR WRITS OF ATTACHMENT**<br><br>Complaint Filed: June 26, 2009<br>Judge: Hon. Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff SureTec Insurance Company ("SureTec") and Defendants Brentwood Hotel Ventures, Inc. dba Best Western Brentwood Inn & Suites ("Brentwood Hotels") and Dolat D. Patel ("D. Patel") (collectively, "Defendants"), by and through their respective counsel of record, as follows:

1. WHEREAS, SureTec filed a Complaint initiating the above-referenced matter ("Complaint") on or about June 26, 2009, in which Defendants were named;

2. WHEREAS, on or about July 13, 2009, SureTec served Defendants with the Summons and Complaint;

///

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT AND
WRITS C09-2893 SI

3. WHEREAS, Defendants' response to SureTec's Complaint is presently due on August 3, 2009;

4. WHEREAS, on or about July 16, 2009, SureTec filed its Applications for Writs of Attachment against Defendants, and each of them;

5. WHEREAS, on or about July 27, 2009, Hon. Bernard Zimmerman issued the Briefing Order setting forth the following deadlines:

   a. Defendants' opposition to SureTec's Applications for Writs of Attachment shall be filed August 6, 2009;
   b. Plaintiff's reply shall be filed August 27, 2009;
   c. Hearing shall be held on September 23, 2009;

6. WHEREAS, Defendants are currently in the process of selling the property covered by the bonds located at 541 Valdry Court, Brentwood, California 94513 (the "Hotel Property") that are the bases for the Complaint, such that this action may be informally resolved without further litigation.

7. WHEREAS, no other time modifications have been requested by SureTec or Defendants in this action;

8. WHEREAS, on July 30, 2009, SureTec and Defendants stipulated to extend the time for filing a responsive pleading and opposition to the Applications for Writs of Attachment until September 8, 2009 in order to allow Defendants additional time to evaluate the allegations contained in the Complaint, the underlying facts, and relevant contracts, and to complete the sale of the Hotel Property, in hopes of informally resolving this litigation.

THEREFORE, IT IS HEREBY AGREED:

1. That Defendants' time to file a responsive pleading to SureTec's Complaint shall be extended to September 8, 2009;

2. That Defendants' time to file an opposition to SureTec's Applications for Writs of Attachment shall be extended to September 8, 2009;

3. That Suretec's time to file a reply shall be extended to September 25, 2009;

///

4. That the Hearing currently scheduled for September 23, 2009 at 10:00 a.m. be continued to September 30, 2009 at 10:00 a.m.; and

5. That Defendants shall cause $91,825.31 to be paid at the close of escrow to SureTec out of the escrow account for the sale of the Hotel Property.

IT IS SO STIPULATED.

Dated: August 4, 2009      Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: _____
Robert C. Niesley
Sonia N. Linnaus
Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

Dated: August 5, 2009      Akawie & LaPietra

By: _____
Gregory Nerland
Attorneys for Defendants
BRENTWOOD HOTEL VENTURES
DBA BEST WESTERN BRENTWOOD
INN & SUITES and DOLAT D. PATEL

IRVINE 144715.01 102594.017

BASED ON THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' time to file a responsive pleading to SureTec's Complaint shall be extended to September 8, 2009;

2. Defendants' time to file an opposition to SureTec's Applications for Writs of Attachment shall be extended to September 8, 2009;

3. SureTec's time to file a reply to Defendants' opposition shall be extended to September 25, 2009; and

4. The Hearing on SureTec's Applications for Writs of Attachment shall be continued from September 23, 2009 to ~~September 30, 2009 at 10:00 a.m.~~ October 9, 2009, at 9 a.m.

5. The Defendants shall cause $91,825.31 to be paid at the close of escrow to SureTec out of the escrow account for the sale of the property located at 541 Valdry Court, Brentwood, California 94513.

Therefore, the foregoing Stipulation in accordance with Local Rules 6-1 and 6-2 is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2009

_____
Hon. Susan Illston
United States Magistrate Judge

IRVINE 144715.01 102594.017

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2040 Main Street, Suite 300, Irvine, California 92614.

I am readily familiar with the firm's practice for collection and processing correspondence for mailing, and, in the ordinary course of business, the correspondence would be deposited with the United State Postal Service on the day on which it is collected at the business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in the proof of service.

On August 11, 2009, I served the foregoing document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND APPLICATIONS FOR WRITS OF ATTACHMENT** on the interested party(s) as follows:

**[SEE ATTACHED SERVICE LIST]**

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Irvine, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ ]   (BY FACSIMILE) I served the parties listed on the attached service list by facsimile on the fax numbers listed below each of the parties.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 11, 2009, at Irvine, California.

_/s/ B. Navarro_
Blanca E. Navarro

**Service List**
*SureTec v. Brentwood*
*USDC Case No. C09-2893-SI*

**BRENTWOOD HOTEL VENTURES, INC.**
782 Ygnacio Woods Center
Concord, California 94521

**DOLAT P. PATEL**
782 Ygnacio Woods Center
Concord, California 94521

IRVINE 145210.1 102594.017

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

- 2 -

PROOF OF SERVICE