Robert C. Niesley, Esq. (Bar No. 131373)
rniesley@wthf.com
Sonia N. Linnaus, Esq. (Bar No. 252425)
slinnaus@wthf.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
Telephone: (949) 852-6700
Facsimile: (949) 261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURETEC INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>BRENTWOOD HOTEL VENTURES, INC. DBA BEST WESTERN BRENTWOOD INN & SUITES, and DOLAT D. PATEL,<br><br>   Defendants. | Case No. C09-2893 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR JUDGMENT AND CONSENT DECREE**<br><br>Judge: Hon. Susan Illston |

THE COURT IS IN RECEIPT OF THE STIPULATION FOR JUDGMENT AND CONSENT DECREE FILED BY THE PARTIES.

As set forth in the Stipulation For Judgment And Consent Decree, Plaintiff SURETEC INSURANCE COMPANY ("SureTec") and Defendant DOLAT D. PATEL ("Dolat Patel"), have entered into the Stipulation For Judgment And Consent Decree in settlement of their disputes.

BASED UPON THE REPRESENTATIONS OF THE PARTIES THAT THEY HAVE SETTLED THEIR DISPUTES AND THEIR STIPULATIONS AS SET FORTH IN THE STIPULATION FOR JUDGMENT AND CONSENT DECREE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT THE COURT **APPROVES** THE STIPULATION FOR JUDGMENT AND CONSENT DECREE AND ORDERS AS FOLLOWS:

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

[PROPOSED] ORDER GRANTING
STIPULATION FOR JUDGMENT
C09-2893 SI

1.   Judgment shall immediately be entered in favor of SureTec and against Dolat Patel n the amount of $93,493.88.

2.   Dolat Patel shall immediately pay to SureTec the sum of $93,493.88 on or before October 5, 2009.

3.   SureTec shall maintain all its rights as a judgment creditor and may undertake all enforcement procedures if payment is not made by Defendants by October 5, 2009.

4.   Nothing herein shall alter the rights, remedies, and obligations under the Indemnity Agreement.

5.   This Court shall maintain jurisdiction over this action and the parties hereto, and shall have the authority to modify the Judgment in accordance with the terms of the Stipulation for Judgment and Consent Decree.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Susan Illston
United States District Court Judge

IRVINE 146417.2 102594.17

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

- 2 -

[PROPOSED] ORDER GRANTING
STIPULATION FOR JUDGMENT
C09-2893 SI

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                     )
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2040 Main Street, Suite 300, Irvine, California 92614.

I am readily familiar with the firm's practice for collection and processing correspondence for mailing, and, in the ordinary course of business, the correspondence would be deposited with the United State Postal Service on the day on which it is collected at the business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in the proof of service.

On October 1, 2009, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING STIPULATION FOR JUDGMENT AND CONSENT DECREE** on the interested party(s) as follows:

**[SEE ATTACHED LIST]**

[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Irvine, California.

[X]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ ]   (BY FACSIMILE) I served the parties listed on the attached service list by facsimile on the fax numbers listed below each of the parties.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 1, 2009, at Irvine, California.

_____
Blanca E. Navarro

**Service List**
*SureTec v. Brentwood, et al.*
*USDC Case No. CV-09-2893-BZ*

**BRENTWOOD HOTEL VENTURES, INC. DBA BEST WESTERN BRENTWOOD INN & SUITES**
5370 Clayton Road
Concord, Claifornia 94521

**DOLAT D. PATEL**
5370 Clayton Road
Concord, Claifornia 94521

IRVINE 147532.1 102471.017