Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Sonia N. Linnaus, Bar No. 252425
slinnaus@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone:   949-852-6700
Facsimile:   949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRENTWOOD HOTEL VENTURES, INC. DBA BEST WESTERN INN & SUITES and DOLAT D. PATEL,<br><br>Defendants. | Case No. C09-2893-SI<br><br>**[PROPOSED] DEFAULT JUDGMENT**<br><br>Date:        January 15, 2010<br>Time:        9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge:       Hon. Susan Illston |

The Application of Plaintiff SURETEC INSURANCE COMPANY ("SureTec"), pursuant to <u>Federal Rule of Civil Procedure</u> 55 for a default judgment against Defendant BRENTWOOD HOTEL VENTURES, INC. DBA BEST WESTERN INN & SUITES ("Brentwood Hotel Ventures") came regularly for hearing before this Court on January 15, 2010.

After considering all papers submitted in connection with the Application, and all other matters presented to the Court, the Court has determined that SureTec's Application for Default Judgment is GRANTED. Judgment is entered in favor of SureTec on SureTec's Complaint against Brentwood Hotel Ventures as follows:

1. Judgment in the total amount of $89,500.67, which consists of:

    a. $84,500.67 in money damages to be paid by Brentwood Hotel Ventures to SureTec for:

   i. $64,926.00 for payment made to the City of Brentwood related to claims brought by the City of Brentwood against surety bonds issued by SureTec on behalf of Brentwood Hotel Ventures;

   ii. $14,969.52 in attorneys' fees and expenses; and

   iii. $4,605.15 in consultant's fees incurred in the investigation of the claims against the surety bonds; and

  b. $5,000.00 in collateral security to be posted to SureTec by Brentwood Hotel Ventures to cover SureTec's exposure under its bonds issued on behalf of Brentwood Hotel Ventures consisting of potential losses for payments to potential claimants.

2. Brentwood Hotel Ventures are compelled to specifically perform pursuant to the terms of the General Agreement of Indemnity executed by Brentwood Hotel Ventures by:

  a. Indemnifying SureTec for all losses, costs, and fees that SureTec has incurred in connection with the surety bonds issued on behalf of Brentwood Hotel Ventures in the amount of $84,500.67; and

  b. Posting collateral security with SureTec within thirty (30) days of entry of Default Judgment by Court to cover SureTec's exposure under the surety bonds issued on behalf of Brentwood Hotel Ventures in the amount of $5,000.00.

3. Declaratory relief is granted by this Court that Brentwood Hotel Ventures are obligated under the General Agreement of Indemnity executed in favor of SureTec to:

  a. Indemnify SureTec for any and all losses, expenses, and costs that SureTec incurs or may incur on the surety bonds issued on behalf of Brentwood Hotel Ventures; and

///
///

   b.  Post collateral security to SureTec for any and all losses, expenses, and costs that SureTec anticipates in connection with the surety bonds issued on behalf of Brentwood Hotel Ventures.

IT IS SO ORDERED.

Dated: __Jan. 15__, 2009

               _/s/ Susan Illston_
               Honorable Susan Illston
               UNITED STATES DISTRICT COURT JUDGE

IRVINE 149761.1 102594.017